GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
JOHN H. CIGAVIC III (SBN: 231806)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Plaintiff:
LEHIGH SOUTHWEST CEMENT COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| Lehigh Southwest Cement Company ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M/V STAR PROVIDENCE, her engines, tackle, ) <br> machinery, appurtenances, etc., <u>in rem;</u> and ) <br> SEVEN SEAS CARRIERS A/S, SEVEN SEAS ) <br> C., PROVIDENCE K.S., MEDMAR LINES, ) <br> and MUSTANG SHIPPING CORPORATION, ) <br> <u>in personam,</u> ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CASE NO.: C06 4589 SC <br><br> **[PROPOSED]** ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXENTION OF TIME TO SERVE FOREIGN DEFENDANTS UNDER THE HAGUE CONVENTION <br><br> **CMC: March 23, 2007** <br> **TRIAL DATE: Not Yet Set** |

The Application of PLAINTIFF LEHIGH SOUTHWEST CEMENT COMPANY ("plaintiff" or "LEHIGH") for an extension of time to serve the un-served foreign defendants was presented to this Court on or about December 11, 2006.

    After full consideration of the plaintiff's Application, points and authorities and the declaration of Paul B. Arenas, the Court exercises its discretion to permit plaintiff LEHIGH the opportunity to complete service against the un-served foreign defendants pursuant to The Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters ("Hague Convention") Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163,

1  T.I.A.S. No. 6638 and Federal Rule of Procedure 4(f)(1).

2      IT IS THEREFORE ORDERED that LEHIGH's Application for an extension of time to

3  serve foreign defendants under the Hague Convention is GRANTED.  Plaintiff has until June 15,

4  ~~2006~~ 2007, to serve said defendants, but may seek a further extension of time should the Central

5  Authorities of Norway and Greece not have completed service by that time.

7  DATED: ___12/12/_____, 2006     _____



    UNITED STATES DISTRICT COURT

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333  Fax: (415) 362-1344

P1201.2006-1656