GEORGE W. NOWELL (SBN: 83868)
PAUL B. ARENAS (SBN: 167863)
JOHN H. CIGAVIC III (SBN: 231806)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Plaintiff:
LEHIGH SOUTHWEST CEMENT COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| Lehigh Southwest Cement Company<br><br>Plaintiff,<br><br>v.<br><br>M/V STAR PROVIDENCE, her engines, tackle, machinery, appurtenances, etc., <u>in rem</u>; and SEVEN SEAS CARRIERS A/S, SEVEN SEAS C., PROVIDENCE K.S., MEDMAR LINES, and MUSTANG SHIPPING CORPORATION, <u>in personam</u>,<br><br>Defendants. | CASE NO.: C06 4589 SC<br><br>**STIPULATION FOR DISMISSAL;** [PROPOSED] **ORDER** |

It is stipulated by and between the only parties appearing, in this action, Plaintiff LEHIGH SOUTHWEST CEMENT COMPANY ("plaintiff" or "LEHIGH") and Defendants M/V STAR PROVIDENCE, her engines, tackle, machinery, appurtenances, etc., <u>in rem</u>; and PROVIDENCE K.S., <u>in personam</u> (collectively "defendants"), through their counsel of record, and requested that, a settlement of this matter having been concluded that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

/ / /

This stipulation and dismissal completely terminates the above entitled action against all parties. Each party will bear its own attorney's fees and costs.

Dated: November 8, 2007

**LAW OFFICES OF GEORGE W. NOWELL**

By: *[signature]*
GEORGE W. NOWELL
Attorneys for Plaintiff
LEHIGH SOUTHWEST CEMENT COMPANY

Dated: November 6, 2007

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**

By: *[signature]*
JAMES J. TAMULSKI
Attorneys for Defendant
M/V STAR PROVIDENCE

Dated: November 6, 2007

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**

By: *[signature]*
JAMES J. TAMULSKI
Attorneys for Defendant
PROVIDENCE K.S.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/13/07, 2007

HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California]*